# EXHIBIT 2

# 2019 CT 01 0064

**Case Type:** Other Tort
**Status Date:** 01/25/2019
**Case Judge:** O'Farrell, Judge Edward Emmett
**Next Event:**

**Case Status:** Open
**File Date:** 01/25/2019
**DCM Track:**

All Information | Party | Docket | Financial | Disposition

## Docket Information

| Date | Description | Docket Text | Amount |
|---|---|---|---|
| 01/25/2019 | Complaint on Civil Action Deposit Received $ | Complaint on Civil Action<br>Deposit Received $0.00<br>Attorney: Styer, Prosecuting Attorney Ryan (0069730) | $131.00 |
| 01/25/2019 | Legal Aid Society fees per ORC 2303.201(C) on Civil Actions | Legal Aid Society fees per ORC 2303.201(C) on Civil Actions | $26.00 |
| 01/25/2019 | Case Designation Form | Case Designation Form<br>Attorney: O'Farrell, Attorney Joshua E (0087061) | |
| 01/25/2019 | CV Summons and copy of Complaint issued | CV Summons and copy of Complaint issued | $63.00 |
| 01/25/2019 | Postage, Certified Mail 24+ sheets | Issue Date: 01/25/2019<br>Service: CV Sum Complaint<br>Method: Certified Mail 24+ sheets<br>Cost Per: $8.60<br><br>Purdue Pharma LP<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901-2150<br>Tracking No: Z2007905902147<br><br>Purdue Pharma Inc<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901-2150<br>Tracking No: Z2007905902148<br><br>Purdue Frederick Company Inc<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901-2150<br>Tracking No: Z2007905902149<br><br>Teva Pharmaceuticals USA Inc<br>c/o Corporate Creations Newtowk Inc<br>119 East Court Street<br>Cincinnati, OH 45202<br>Tracking No: Z2007905902150<br><br>Cephalon Inc<br>1090 Horsham Road<br>North Wales, PA 19454<br>Tracking No: Z2007905902151<br><br>Johnson & Johnson<br>c/o Terri Johnson<br>10219 Salineville Road NE<br>Salineville, OH 43945<br>Tracking No: Z2007905902152<br><br>Janssen Pharmaceuticals Inc | $180.60 |

| Date | Description | Docket Text | Amount |
|---|---|---|---|
| | | c/o CT Corporation System<br>4400 Easton Commons<br>Suite 125<br>Columbus, OH 43219<br>Tracking No: Z2007905902153<br><br>Endo Health Solutions Inc<br>1400 Atwater Drive<br>Malvern, PA 19355<br>Tracking No: Z2007905902154<br><br>Endo Pharmaceuticals Inc<br>c/o CT Corporation System<br>4400 Easton Commons<br>Suite 125<br>Columbus, OH 43219<br>Tracking No: Z2007905902155<br><br>Mallinckrodt LLC<br>c/o CT Corporation System<br>4400 Easton Commons<br>Suite 125<br>Columbus, OH 43219<br>Tracking No: Z2007905902156<br><br>Mallinckrodt PLC<br>675 McDonnell Blvd<br>St Louis, MO 63042<br>Tracking No: Z2007905902157<br><br>Specgx LLC<br>3600 North Second Street<br>Saint Louis, MO 63147<br>Tracking No: Z2007905902158<br><br>Insys Therapeutics<br>133 S Spectrum Blvd # 100<br>Chandler, AZ 85286<br>Tracking No: Z2007905902159<br><br>Cardinal Health Inc<br>c/o CT Corporation System<br>4400 Easton Commons<br>Suite 125<br>Columbus, OH 43219<br>Tracking No: Z2007905902160<br><br>McKesson Corporation<br>c/o Corporation Service Company<br>50 West Broad Street<br>Suite 1330<br>Columbus, OH 43215<br>Tracking No: Z2007905902161<br><br>Amerisourcebergen Drug Corporation<br>c/o Ct Corporation System<br>4400 Easton Commons<br>Suite 125<br>Columbus, OH 43219<br>Tracking No: Z2007905902162<br><br>Walgreeens Boots Alliance<br>The Prentice-Hall Corporation System Inc<br>50 West Broad Street<br>Suite 1330<br>Columbus, OH 43215<br>Tracking No: Z2007905902163 | |

| Date | Description | Docket Text | Amount |
|---|---|---|---|
| | | CVS Heatlh Corporation<br>1209 Orange Street<br>Wilmington, DE 19801<br>Tracking No: Z2007905902164<br><br>CVS Indiana LLC<br>CT Corporation System<br>150 West Market Street<br>Suite 800<br>Indianapolis, IN 46204<br>Tracking No: Z2007905902165<br><br>CVS Pharmacy Inc<br>CT Corp<br>1300 E 9th Street<br>Cleveland, OH 44114<br>Tracking No: Z2007905902166<br><br>Ohio CVS Stores LLC<br>CT Corporation System<br>4400 Easton Commons Way<br>Suite 125<br>Columbus, OH 43219<br>Tracking No: Z2007905902167 | |
| 01/28/2019 | Postage | Additional Postage | $153.30 |
| 02/04/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 01/30/2019<br>Return : 02/04/2019<br>On : Janssen Pharmaceuticals Inc<br>Signed By : Daniel D Kelley<br><br>Reason : Certified Mail Successful Return<br>Comment :<br><br>Tracking # : Z2007905902153 | $0.00 |
| 02/04/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 01/30/2019<br>Return : 02/04/2019<br>On : Amerisourcebergen Drug Corporation<br>Signed By : Daniel D Kelley<br><br>Reason : Certified Mail Successful Return<br>Comment :<br><br>Tracking # : Z2007905902162 | $0.00 |
| 02/04/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 01/30/2019<br>Return : 02/04/2019<br>On : Cardinal Health Inc<br>Signed By : Daniel D Kelley<br><br>Reason : Certified Mail Successful Return<br>Comment :<br><br>Tracking # : Z2007905902160 | $0.00 |

| Date | Description | Docket Text | Amount |
|---|---|---|---|
| 02/04/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 01/30/2019<br>Return : 02/04/2019<br>On : Ohio CVS Stores LLC<br>Signed By : Daniel D Kelley<br><br>Reason : Certified Mail Successful Return<br>Comment :<br><br>Tracking # : Z2007905902167 | $0.00 |
| 02/04/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 01/30/2019<br>Return : 02/04/2019<br>On : Endo Pharmaceuticals Inc<br>Signed By : Daniel D Kelley<br><br>Reason : Certified Mail Successful Return<br>Comment :<br><br>Tracking # : Z2007905902155 | $0.00 |
| 02/04/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 01/30/2019<br>Return : 02/04/2019<br>On : Cephalon Inc<br>Signed By : C Piantiers?<br><br>Reason : Certified Mail Successful Return<br>Comment :<br><br>Tracking # : Z2007905902151 | $0.00 |
| 02/04/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 02/04/2019<br>Return : 02/04/2019<br>On : Teva Pharmaceuticals USA Inc<br>Signed By : Pottschmidt<br><br>Reason : Certified Mail Successful Return<br>Comment :<br><br>Tracking # : Z2007905902150 | $0.00 |
| 02/04/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 01/31/2019<br>Return : 02/04/2019<br>On : Purdue Pharma LP<br>Signed By : JM?<br><br>Reason : Certified Mail Successful Return<br>Comment :<br><br>Tracking # : Z2007905902147 | $0.00 |

| Date | Description | Docket Text | Amount |
|---|---|---|---|
| 02/04/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 01/30/2019<br>Return : 02/04/2019<br>On : Mallinckrodt PLC<br>Signed By : J McMullen<br><br>Reason : Certified Mail Successful Return<br>Comment :<br><br>Tracking # : Z2007905902157 | $0.00 |
| 02/04/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 01/31/2019<br>Return : 02/04/2019<br>On : Purdue Frederick Company Inc<br>Signed By : ?<br><br>Reason : Certified Mail Successful Return<br>Comment : Signature Unknown<br><br>Tracking # : Z2007905902149 | $0.00 |
| 02/07/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 01/31/2019<br>Return : 02/07/2019<br>On : Walgreens Boots Alliance<br>Signed By : Deanne E Schausell<br><br>Reason : Certified Mail Successful Return<br>Comment :<br><br>Tracking # : Z2007905902163 | $0.00 |
| 02/07/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 01/31/2019<br>Return : 02/07/2019<br>On : McKesson Corporation<br>Signed By : Deanne E Schausell<br><br>Reason : Certified Mail Successful Return<br>Comment :<br><br>Tracking # : Z2007905902161 | $0.00 |
| 02/07/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 02/07/2019<br>Return : 02/07/2019<br>On : CVS Indiana LLC<br>Signed By : ?<br><br>Reason : Certified Mail Successful Return<br>Comment :<br><br>Tracking # : Z2007905902165 | $0.00 |

| Date | Description | Docket Text | Amount |
|---|---|---|---|
| 02/07/2019 | Return receipt card returned | Return receipt card returned<br>Method   : Certified Mail 24+ sheets<br>Issued    : 01/25/2019<br>Service   : CV Sum Complaint<br>Served   : 01/30/2019<br>Return   : 02/07/2019<br>On      : Mallinckrodt LLC<br>Signed By : Daniel D Kelley<br><br>Reason    : Certified Mail Successful Return<br>Comment   :<br><br>Tracking # : Z2007905902156 | $0.00 |
| 02/07/2019 | Return receipt card returned | Return receipt card returned<br>Method   : Certified Mail 24+ sheets<br>Issued    : 01/25/2019<br>Service   : CV Sum Complaint<br>Served   : 02/07/2019<br>Return   : 02/07/2019<br>On      : Insys Therapeutics<br>Signed By : Kyle Stevens<br><br>Reason    : Certified Mail Successful Return<br>Comment   :<br><br>Tracking # : Z2007905902159 | $0.00 |
| 02/07/2019 | misc | Notice of Appearance of Vincent I Holzhall and Brian J Laliberte; Certificate of Service<br>Attorney: Holzhall, Attorney Vincent I (0074901) | $0.00 |
| 02/08/2019 | Return receipt card returned | Return receipt card returned<br>Method   : Certified Mail 24+ sheets<br>Issued    : 01/25/2019<br>Service   : CV Sum Complaint<br>Served   : 01/30/2019<br>Return   : 02/08/2019<br>On      : Endo Health Solutions Inc<br>Signed By : D Galbraith?<br><br>Reason    : Certified Mail Successful Return<br>Comment   :<br><br>Tracking # : Z2007905902154 | $0.00 |
| 02/08/2019 | Return receipt card returned | Return receipt card returned<br>Method   : Certified Mail 24+ sheets<br>Issued    : 01/25/2019<br>Service   : CV Sum Complaint<br>Served   : 02/05/2019<br>Return   : 02/08/2019<br>On      : Specgx LLC<br>Signed By : ?<br><br>Reason    : Certified Mail Successful Return<br>Comment   : Signature Unknown<br><br>Tracking # : Z2007905902158 | $0.00 |
| 02/12/2019 | Return receipt card returned | Return receipt card returned<br>Method   : Certified Mail 24+ sheets<br>Issued    : 01/25/2019<br>Service   : CV Sum Complaint<br>Served   : 02/12/2019<br>Return   : 02/12/2019<br>On      : Purdue Pharma Inc<br>Signed By : ?<br><br>Reason    : Certified Mail Successful Return<br>Comment   : Signature Unknown<br><br>Tracking # : Z2007905902148 | $0.00 |

| Date | Description | Docket Text | Amount |
|---|---|---|---|
| 02/13/2019 | Return receipt card returned | Return receipt card returned<br>Method : Certified Mail 24+ sheets<br>Issued : 01/25/2019<br>Service : CV Sum Complaint<br>Served : 02/01/2019<br>Return : 02/13/2019<br>On : CVS Health Corporation<br>Signed By : CT Corporation<br><br>Reason : Certified Mail Successful Return<br>Comment :<br><br>Tracking # : Z2007905902164 | $0.00 |
| 02/13/2019 | misc | Notice of Appearance of Counsel; Certificate of Service<br>Attorney: Buckley, Attorney Brent M (0017010) | $0.00 |
| 02/14/2019 | Answer of | Distributor Defendants' Consent Motion for Extension of Time to Respond to Complaint; Certificate of Service<br>Attorney: Holzhall, Attorney Vincent I (0074901) | |
| 02/15/2019 | Fax Filing | Email Filing - Stipulated Leave to Plead; Certificate of Service<br>Attorney: Buckley, Attorney Brent M (0017010) | $7.00 |
| 02/15/2019 | Judgment Entry | Order Granting Distributor Defendants' Consent Motion for Extension of Time to Respond to Complaint- Motion is Granted. Ordered that Distributor Defendants shall have until and including March 29, 2019, to serve their responsive motions or pleadings. | $12.00 |
| 02/15/2019 | Copy of Judgment Entry placed in Clerk's mailbox of | Copy of Judgment Entry placed in Clerk's mailbox of Pros. Attorney Styer; APA Stephenson II | $0.00 |

| Date | Description | Docket Text | Amount |
|---|---|---|---|
| 02/19/2019 | Postage, 1-4 sheets inserted | Issue Date: 02/19/2019<br>Service: Copy of order mailed<br>Method: Ordinary Mail (1-4 Sheets)<br>Cost Per: $0.49<br><br>County of Tuscarawas Ohio<br>c/o ATTY: Singer, Attorney Linda<br>Motley Rice LLC<br>401 - 9th St., NW<br>Suite 1001<br>Washington, DC 20004<br>Tracking No: R000483701<br><br>County of Tuscarawas Ohio<br>c/o ATTY: O'Farrell, Attorney Joshua E<br>Tzangas, Plakas, Mannos, Ltd.<br>220 Market Ave South - 8th Floor<br>Canton, OH 44702<br>Tracking No: R000483702<br><br>County of Tuscarawas Ohio<br>c/o ATTY: Saltzburg, Attorney Lisa<br>Motley Rice LLC<br>28 Bridgeside Blvd<br>Mt. Pleasant, SC 29464<br>Tracking No: R000483703<br><br>County of Tuscarawas Ohio<br>c/o ATTY: Davis Jr, Attorney Donald W.<br>Brennan, Manna & Diamond, LLC<br>75 East Market Street<br>Akron, OH 44308-1135<br>Tracking No: R000483704<br><br>County of Tuscarawas Ohio<br>c/o ATTY: Plakas, Attorney Lee E.<br>Tzangas, Plakas, Mannos, Ltd.<br>220 Market Ave. South - 8th Floor<br>Canton, OH 44702<br>Tracking No: R000483705<br><br>Cardinal Health Inc<br>c/o ATTY: Murray, Attorney Joseph F<br>Murray Murphy Moul & Basil LLP<br>1114 Dublin Road<br>Columbus, OH 43215<br>Tracking No: R000483706<br><br>McKesson Corporation<br>c/o ATTY: Holzhall, Attorney Vincent I<br>Steptoe & Johnson PLLC<br>41 South High St., Suite 2200<br>Columbus, OH 43215<br>Tracking No: R000483707<br><br>Amerisourcebergen Drug Corporation<br>c/o ATTY: Bernlohr, Attorney Mark<br>Jackson Kelly PLLC<br>17 South Main Street, Suite 101B<br>Akron, OH 44308<br>Tracking No: R000483708 | $3.92 |

FILED
COURT OF COMMON PLEAS
TUSCARAWAS COUNTY, OHIO
2019 FEB 13 PM 3:23
JEANNE M. STEPHEN
CLERK OF COURTS

IN THE COURT OF COMMON PLEAS
TUSCARAWAS COUNTY, OHIO

COUNTY OF TUSCARAWAS, OHIO

Plaintiff

vs.

PURDUE PHARMA LP, *et al.*

Defendants

CASE NO. 2019 CT 01 0064

JUDGE EDWARD EMMETT O'FARRELL

NOTICE OF APPEARANCE OF COUNSEL

The Court and parties will please take notice that Brent M. Buckley and Hunter G. Cavell of the law firm Buckley King LPA, 1400 Fifth Third Center, 600 Superior Avenue East, Cleveland, OH 44114, hereby enter their appearance as counsel of record for defendant, Walgreen Co. (incorrectly named in the Complaint as Walgreens Boots Alliance). It is requested that the service of all further pleadings, notices, filings, papers, rulings and orders be made upon the undersigned as counsel for Walgreen Co.

BRENT M. BUCKLEY (0017010)
buckley@buckleyking.com
HUNTER G. CAVELL (0090567)
cavell@buckleyking.com
BUCKLEY KING LPA
1400 Fifth Third Center
600 Superior Avenue East
Cleveland OH 44114-2652
T: (216) 363.1400
F: (216) 579.1020

*Counsel for Walgreen Co.*

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2019, the foregoing *Notice of Appearance of Counsel* was sent by regular U.S. mail to the following:

| | |
|---|---|
| Ryan Styler<br>Prosecuting Attorney of Tuscarawas County<br>125 East High Avenue<br>New Philadelphia OH 44663<br>*Counsel for Plaintiff* | Purdue Pharma LP<br>Purdue Pharma Inc.<br>Purdue Frederick Company Inc.<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford CT 06901-2150 |
| Teva Pharmaceuticals USA Inc.<br>c/o Corporate Creations Network Inc.<br>119 East Court Street<br>Cincinnati OH 45202 | Cephalon Inc.<br>1090 Harsham Road<br>North Wales PA 19454 |
| Johnson & Johnson<br>c/o Terri Johnson<br>10219 Salineville Road NE<br>Salineville OH 43945 | Janssen Pharmaceuticals Inc.<br>c/o CT Corporation System<br>4400 Easton Commons, Suite 125<br>Columbus OH 43219 |
| Endo Health Solutions Inc.<br>1400 Atwater Drive<br>Malvern PA 19355 | Endo Pharmaceuticals Inc.<br>c/o CT Corporation System<br>4400 Easton Commons, Suite 125<br>Columbus OH 43219 |
| Mallinckrodt PLC<br>675 McDonnell Blvd.<br>St. Louis MO 63042 | Specgx LLC<br>3600 North Second Street<br>St. Louis MO 63147 |
| Insys Therapeutics<br>133 S. Spectrum Blvd #100<br>Chandler AZ 85286 | Cardinal Health Inc.<br>c/o CT Corporation System<br>4400 Easton Commons, Suite 125<br>Columbus OH 43219 |
| Vincent I. Holzhall<br>Brian J. Laliberte<br>STEPTOE & JOHNSON PLLC<br>41 South High Street, Suite 2200<br>Columbus OH 43215<br>*Counsel for Defendant McKesson Corporation* | AmerisourceBergen Drug Corporation<br>c/o CT Corporation System<br>4400 Easton Commons, Suite 125<br>Columbus OH 43219 |
| CVS Health Corporation<br>1209 Orange Street<br>Wilmington DE 19801 | CVS Indiana LLC<br>c/o CT Corporation System<br>150 West Market Street, Suite 800<br>Indianapolis IN 46204 |
| CVS Pharmacy Inc.<br>c/o CT Corp.<br>1300 East Ninth Street<br>Cleveland OH 44114 | Ohio CVS Stores LLC<br>c/o CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus OH 43219 |
| Mallinckrodt LLC<br>c/o CT Corporation System<br>4400 Easton Commons, Suite 125<br>Columbus OH 43219 | |

FILED
COURT OF COMMON PLEAS
TUSCARAWAS COUNTY, OHIO
2019 FEB 13 PM 3:24
JEANNE M. STEPHEN
CLERK OF COURTS

BRENT M. BUCKLEY (0017010)
*Counsel for Walgreen Co.*

FILED
COURT OF COMMON PLEAS
TUSCARAWAS COUNTY, OHIO
2019 FEB 14 PM 2:10
JEANNE M. STEPHEN
CLERK OF COURTS

**IN THE COURT OF COMMON PLEAS**
**TUSCARAWAS COUNTY, OHIO**

THE COUNTY OF TUSCARAWAS, OHIO :
:
Plaintiff, :
:
v. :
:
PURDUE PHARMA L.P., *et al.* :
:
Defendants. :

**Case No. 2019 CT 01 0064**

Judge: Edward Emmett O'Farrell

**DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rules 2.06 and 2.08 and Ohio Rule of Civil Procedure 6, Defendants McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Drug Corporation ("Distributor Defendants") with the consent of Plaintiff The County of Tuscarawas, Ohio ("Plaintiff"), hereby request a thirty (30) day extension of time to answer or move to dismiss Plaintiff's Complaint until and including March 29, 2019. Distributor Defendants are working diligently to compile the necessary information to properly respond to Plaintiff's allegations. Distributor Defendants have conferred with Plaintiff regarding this motion, and, as a courtesy Plaintiff's counsel agreed to an extension of time to answer or move to dismiss.

Wherefore, Distributor Defendants respectfully request that the Court grant their motion for an extension of time through and including March 29, 2019, to answer or move to dismiss the Complaint. An Agreed Order and Entry providing this extension is attached hereto.

Dated: February 13, 2019

Respectfully submitted,

Vincent I. Holzhall

Vincent I. Holzhall (0074901)
Brian J. Laliberte (0071125)
STEPTOE & JOHNSON PLLC
41 South High Street, Suite 2200
Columbus, Ohio 43215
(614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
brian.laliberte@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*

Joseph F. Murray per email auth. of 2/8/19 by V.I. Holzhall #0074901

Joseph F. Murray (0063373)
MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, Ohio 43215
(614) 488-0400 phone; (614) 488-0401 fax
murray@mmmb.com
*Counsel for Cardinal Health, Inc.*

Sandra K. Zerrusen per email auth. of 2/7/19 by V.I. Holzhall #0074901

Mark W. Bernlohr (0038640)
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
JACKSON KELLY PLLC
50 South Main Street, Suite 201
Akron, OH 44308
(330) 252-9060 phone; (330) 252-9078 fax
mwbernlohr@jacksonkelly.com
skzerrusen@jacksonkelly.com
aaron.mcqueen@jacksonkelly.com
anschock@jacksonkelly.com
*Counsel for Defendant AmerisourceBergen Drug Corporation*

AGREED TO BY:

Joshua E. O'Farrell per email auth. JJ 2/12/19

Ryan Styer, Esq. (0069730)
Robert Stephenson, Esq. (0034616)
TUSCARAWAS COUNTY PROSECUTING ATTORNEY
125 East High Avenue
New Philadelphia, OH 44663
(330) 365-3214 (phone)
rstyer@gmail.com
lawyers@sscolaw.com

by V.I. Holzhall #0074901

and

Linda Singer
MOTLEY RICE LLC
401 9th Street NW, Ste. 1001
Washington, DC 20004
(202) 386-9626 (phone)
lsinger@motleyrice.com
*pro hac vice to be submitted*

and

Lisa Saltzburg
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9000 (phone)
lsaltzburg@motleyrice.com
*pro hac vice to be submitted*

and

Donald W. Davis, Jr. (0030559)
Stephen Colecchi (0006838)
Adam D. Fuller (0076431)
Elizabeth Shively Boatwright (0081264)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, OH 44308
(330) 253-5060 (phone)
dwdavis@bmdllc.com
adfuller@bmdllc.com
esboatwright@bmdllc.com

and

Lee E. Plakas (0008628)
Joshua E. O'Farrell (0087061)
Lauren A. Gribble (0093627)
TZANGAS | PLAKAS | MANNOS | LTD
220 Market Avenue South, 8th Floor
Canton, OH 44702
(330) 455-6112 (phone); (330) 455-2108 (fax)
lplakas@lawlion.com
jofarrell@lawlion.com
lgribble@lawlion.com

*Counsel for Plaintiff*

FILED
COURT OF COMMON PLEAS
TUSCARAWAS COUNTY, OHIO
2019 FEB 14 PM 2:10
[illegible] STEPHEN
CLERK OF COURTS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **"Distributors Defendants' Consent Motion for Extension of Time to Respond to Complaint"** was served on this 13th day of February, 2019 on the following by United States mail pursuant to Ohio Civil Rule 5(B)(2)(c):

| | |
|---|---|
| Ryan Styer, Esq. (0069730)<br>Robert Stephenson, Esq. (0034616)<br>**TUSCARAWAS COUNTY PROSECUTING ATTORNEY**<br>125 East High Avenue<br>New Philadelphia, OH 44663<br>*Attorneys for Plaintiff Tuscarawas County* | JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.<br>c/o CT Corporation System<br>4400 Easton Commons, Suite 125<br>Columbus, OH 43219 |
| Donald W. Davis, Jr., Esq.<br>Stephen Colecchi, Esq.<br>Adam D. Fuller, Esq.<br>Elizabeth Shively Boatwright, Esq.<br>**BRENNAN, MANNA & DIAMOND, LLC**<br>75 East Market Street<br>Akron, OH 44308<br>*Attorneys for Plaintiff Tuscarawas County* | Linda Singer, Esq.<br>**MOTLEY RICE, LLC**<br>401 9th Street NW, Suite 1001<br>Washington, DC 20004<br><br>Lisa Saltzburg, Esq.<br>**MOTLEY RICE, LLC**<br>28 Bridgeside Blvd.<br>Mount Pleasant, South Carolina 29464<br>*Attorneys for Plaintiff Tuscarawas County* |
| Lee E. Plakas, Esq.<br>Joshua E. O'Farrell, Esq.<br>Lauren A. Gribble, Esq.<br>**TZANGAS \| PLAKAS \| MANNOS \| LTD**<br>220 Market Avenue South, 8th Floor<br>Canton, OH 44702<br>*Attorneys for Plaintiff Tuscarawas County* | ENDO HEALTH SOLUTIONS INC.<br>1400 Atwater Drive<br>Malvern, PA 19355 |
| PURDUE PHARMA L.P.<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | ENDO PHARMACEUTICALS, INC.<br>c/o CT Corporation System<br>4400 Easton Commons, Suite 125<br>Columbus, OH 43219 |
| PURDUE PHARMA, INC.<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | MALLINCKRODT, LLC<br>c/o CT Corporation System<br>4400 Easton Commons, Suite 125<br>Columbus, OH 43219-6230 |
| THE PURDUE FREDERICK COMPANY INC.<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | MALLINCKRODT, PLC<br>675 McDonnell Blvd.<br>St. Louis, MO 63042 |
| TEVA PHARMACEUTICALS USA, INC.<br>c/o Corporate Creations Network Inc.<br>119 East Court Street<br>Cincinnati, OH 45202 | SPECGX LLC<br>3600 North Second Street<br>Saint Louis, MO 63147 |

| | |
|---|---|
| CEPHALON, INC.<br>1090 Horsham Road<br>North Wales, PA 19454 | INSYS THERAPEUTICS<br>133 S Spectrum Blvd #100<br>Chandler, AZ 85286 |
| JOHNSON & JOHNSON<br>c/o Terri Johnson<br>10219 Salineville Road NE<br>Salineville, OH 43945 | CARDINAL HEALTH, INC.<br>c/o CT Corporation System<br>4400 Easton Commons, Suite 125<br>Columbus, OH 43219 |
| WALGREENS BOOTS ALLIANCE<br>d/b/a WALGREEN CO<br>The Prentice-Hall Corporation System, Inc.<br>50 West Broad Street, Suite 1330<br>Columbus, OH 43215 | AMERISOURCEBERGEN DRUG CORPORATION<br>c/o CT Corporation System<br>4400 Easton Commons, Suite 125<br>Columbus, OH 43219 |
| OHIO CVS STORES, LLC<br>CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 | CVS HEALTH CORPORATION<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| CVS INDIANA, L.L.C.<br>C T Corporation System<br>150 West Market Street, Suite 800<br>Indianapolis, IN 46204, USA | CVS PHARMACY, INC.<br>C T Corp.<br>1300 E. 9th Street<br>Cleveland, OH 441140000 |
| | |

Vincent I. Holzhall

Vincent I. Holzhall (0074901)
Brian J. Laliberte (0071125)
*Counsel for Defendant McKesson Corporation*

8322102

FILED
COURT OF COMMON PLEAS
TUSCARAWAS COUNTY, OHIO
2019 FEB 15 PM 4:22
JEANNE M. STEPHEN
CLERK OF COURTS

**IN THE COURT OF COMMON PLEAS**
**TUSCARAWAS COUNTY, OHIO**

| | | |
|---|---|---|
| **COUNTY OF TUSCARAWAS OHIO,** | ) | **Case No. 2019 CT 01 0064** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE EDWARD EMMETT** |
| | ) | **O'FARRELL** |
| **v.** | ) | |
| | ) | **STIPULATED LEAVE TO PLEAD** |
| **PURDUE PHARMA LP, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to Local Rule 2.08, Plaintiff, Tuscarawas County Ohio, and Defendants CVS Ohio Stores LLC, CVS Indiana LLC, CVS Health Corporation, CVS Pharmacy, Inc., and Walgreens Boots Alliance, Inc. (the "Retail Pharmacy Defendants") hereby stipulate that the Retail Pharmacy Defendants shall have a twenty-eight (28) day extension of time, up to and until March 27, 2019, to answer or move to dismiss Plaintiff's Complaint in the above captioned matter. By filing this Stipulated Leave to Plead, the Retail Pharmacy Defendants do not waive and expressly reserve all defenses, including lack of personal jurisdiction. The Retail Pharmacy Defendants have not requested or been granted any prior extensions or leaves to plead.

A proposed order is attached for the Court's convenience.

**Per email consent on February 8, 2019**
Donald W. Davis (0030559)
Stephen Colecchi (0006838)
Adam D. Fuller (0076431)
Elizabeth Shively Boatwright (0081264)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, Ohio 44308
dwdavis@bmdllc.com
adfuller@bmdllc.com
esboatwright@bmdllc.com

*Attorneys for Plaintiff Tuscarawas County Ohio*

**/s/ Gregory J. Phillips**
Justin L. Monday
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: (216) 363-4500
Facsimile: (216) 353-4588
Email: gphillips@beneschlaw.com
jmonday@beneschlaw.com

*Attorneys for Defendants CVS Ohio Stores LLC, CVS Indiana LLC, CVS Health Corporation, CVS Pharmacy, Inc.*

**/s/ Brent M. Buckley**
Brent M. Buckley (0017010)
**BUCKLEY KING LPA**
1400 Fifth Third Center
600 Superior Avenue East
Cleveland, OH 44114
Phone: (216) 363-1400
Fax: (216) 579-1020
buckley@buckleyking.com

*Attorney for Defendant Walgreens Boots Alliance, Inc.*

FILED
COURT OF COMMON PLEAS
TUSCARAWAS COUNTY, OHIO
2019 FEB 15 PM 4:22
JEANNE M. STEPHEN
CLERK OF COURTS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February 2019 a true and accurate copy of the foregoing was served upon the following by regular U.S. Mail and email:

| | |
|---|---|
| Donald W. Davis<br>Stephen Colecchi<br>Adam D. Fuller<br>Elizabeth Shively Boatwright<br>**BRENNAN, MANNA & DIAMOND, LLC**<br>75 E. Market Street<br>Akron, Ohio 44308<br>dwdavis@bmdllc.com<br>adfuller@bmdllc.com<br>esboatwright@bmdllc.com<br><br>Ryan Styer<br>Robert Stephenson<br>Tuscarawas County Prosecuting Attorney<br>125 E. High Ave<br>New Philadelphia, Ohio 44663<br><br>Linda Singer<br>**MOTLEY RICE LLC**<br>401 9th Street NW, Suite 1001<br>Washington, DC 20004<br>lsinger@motleyrice.com<br><br>Lisa Salzburg<br>**MOTLEY RICE LLC**<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>lsaltzburg@motleyrice.com<br><br>Lee E. Plakas<br>Joshua E. O'Farrell<br>Lauren A. Gribble<br>**TZANGAS, PLAKAS, MANNOS, LTD**<br>2200 Market Avenue, South, 8th Floor<br>Canton, Ohio 44702<br>lplakas@lawlion.com<br>jofarrell@lawlion.com<br>lgribble@lawlion.com<br><br>*Attorney for Plaintiff Tuscarawas County Ohio* | Purdue Pharma LP<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 |

| | |
|---|---|
| Purdue Pharma, Inc.<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 | Purdue Frederick Company, Inc.<br>One Stamford Forum<br>201 Tresser Boulevard<br>Stamford, CT 06901 |
| Teva Pharmaceuticals USA, Inc.<br>c/o Corporate Creations Newtowk Inc<br>119 East Court Street<br>Cincinnati, OH 45202 | Cephalon, Inc.<br>1090 Horsham Road<br>North Wales, PA 19454 |
| Johnson & Johnson<br>c/o Terri Johnson<br>10219 Salineville Road NE<br>Salineville, OH 43945 | Jansen Pharmaceuticals, Inc.<br>c/o CT Corporation System<br>4400 Easton Commons<br>Suite 125<br>Columbus, OH 43219 |
| Endo Health Solutions, Inc.<br>c/o CT Corporation System<br>4400 Easton Commons<br>Suite 125<br>Columbus, OH 43219 | Mallinckrodt LLC<br>c/o CT Corporation System<br>4400 Easton Commons<br>Suite 125<br>Columbus, OH 43219 |
| Mallinckrodt PLC<br>675 McDonnell Blvd<br>St Louis, MO 63042 | Specgx LLC<br>3600 North Second Street<br>Saint Louis, MO 63147 |
| Insys Therapeutics<br>133 S Spectrum Blvd # 100<br>Chandler, AZ 85286 | Cardinal Health, Inc.<br>c/o CT Corporation System<br>4400 Easton Commons<br>Suite 125<br>Columbus, OH 43219 |
| Vincent I. Holzhall<br>Brian J. Laliberte<br>STEPTOE & JOHNSON PLLC<br>Huntington Center<br>41 S. High Street, Suite 2200<br>Columbus, Ohio 43215<br>Vince.holzhall@steptoe-johnson.com<br>Brian.laliberte@steptoe-johnson.com<br><br>Attorneys for Defendant<br>McKesson Corporation | Amerisourcebergen Drug Corporation<br>c/o Ct Corporation System<br>4400 Easton Commons<br>Suite 125<br>Columbus, OH 43219 |

*/s/ Gregory J. Phillips*
*One of the attorneys for Defendants CVS Ohio Stores LLC, CVS Indiana LLC, CVS Health Corporation, CVS Pharmacy, Inc*

**IN THE COURT OF COMMON PLEAS**
**TUSCARAWAS COUNTY, OHIO**

| | | |
|---|---|---|
| **COUNTY OF TUSCARAWAS OHIO,** | ) | **Case No. 2019 CT 01 0064** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE EDWARD EMMETT** |
| | ) | **O'FARRELL** |
| **v.** | ) | |
| | ) | |
| **PURDUE PHARMA LP, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER GRANTING STIPULATED LEAVE TO PLEAD**

Upon consideration of Plaintiff, Tuscarawas County Ohio, and Defendants CVS Ohio Stores LLC, CVS Indiana LLC, CVS Health Corporation, CVS Pharmacy, Inc., and Walgreens Boots Alliance's Stipulated Leave to Plead, the Court finds that it is well taken and it is therefore ORDERED that the Retail Pharmacy Defendants shall be granted leave to answer or move to dismiss Plaintiff's Complaint until March 27, 2019.

IT IS SO ORDERED.

______________________________
**Judge Edward Emmett O'Farrell**

FILED
COURT OF COMMON PLEAS
TUSCARAWAS COUNTY, OHIO
2019 FEB 15 PM 3:43
JEANNE M. STEPHEN
CLERK OF COURTS

**IN THE COURT OF COMMON PLEAS**
**TUSCARAWAS COUNTY, OHIO**

THE COUNTY OF TUSCARAWAS, OHIO :
:
Plaintiff, :
:
v. :
:
PURDUE PHARMA L.P., *et al.* :
:
Defendants. :

**Case No. 2019 CT 01 0064**

Judge: Edward Emmett O'Farrell

**ORDER GRANTING DISTRIBUTOR DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter comes before the Court upon the consent motion of Defendants McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Drug Corporation ("Distributor Defendants") for an extension of time to answer or move to dismiss Plaintiff's Complaint.

Pursuant to Local Rules 2.06 and 2.08 and Ohio Rule of Civil Procedure 6, and for good cause shown, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Distributor Defendants shall have until and including March 29, 2019, to serve their responsive motions or pleadings.

**IT IS SO ORDERED.**

2/15/2019
Date

Emmett O'Farrell
Judge Edward E. O'Farrell

Copies to: Atty. Vincent I. Holzhall
Atty. Joseph F. Murray
Atty. Mark W. Bernlohr
Pros. Atty. Ryan D. Styer
Asst. Pros. Atty. Robert R. StephensonII
Atty. Linda Singer
Atty. Lisa Saltzburg
Atty. Donald W. Davis Jr.
Attys. Lee E. Plakas and Joshua E. O'Farrell

Approved:

Vincent I. Holzhall

Vincent I. Holzhall (0074901)
Brian J. Laliberte (0071125)
STEPTOE & JOHNSON PLLC
41 South High Street, Suite 2200
Columbus, Ohio 43215
(614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
brian.laliberte@steptoe-johnson.com
*Counsel for Defendant McKesson Corporation*

Joseph F. Murray per email auth. of 2/8/19 by V.I. Holzhall #0074901

Joseph F. Murray (0063373)
MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, Ohio 43215
(614) 488-0400 phone; (614) 488-0401 fax
murray@mmmb.com
*Counsel for Cardinal Health, Inc.*

Sandra K. Zerrusen per email auth. of 2/7/19 by V.I. Holzhall #0074901

Mark W. Bernlohr (0038640)
Sandra K. Zerrusen (0070883)
Aaron E. McQueen (0068753)
Andrew N. Schock (0087998)
JACKSON KELLY PLLC
50 South Main Street, Suite 201
Akron, OH 44308
(330) 252-9060 phone; (330) 252-9078 fax
mwbernlohr@jacksonkelly.com
skzerrusen@jacksonkelly.com
aaron.mcqueen@jacksonkelly.com
anschock@jacksonkelly.com
*Counsel for Defendant AmerisourceBergen Drug Corporation*

Joshua E. O'Farrell per email auth. of 2/12/19 by V.I. Holzhall #0074901

Ryan Styer, Esq. (0069730)
Robert Stephenson, Esq. (0034616)
TUSCARAWAS COUNTY PROSECUTING ATTORNEY
125 East High Avenue
New Philadelphia, OH 44663
(330) 365-3214 (phone)
rstyer@gmail.com
lawyers@sscolaw.com

and

Linda Singer
MOTLEY RICE LLC
401 9th Street NW, Ste. 1001
Washington, DC 20004
(202) 386-9626 (phone)
lsinger@motleyrice.com
**pro hac vice to be submitted*

and

Lisa Saltzburg
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
(843) 216-9000 (phone)
lsaltzburg@motleyrice.com
**pro hac vice to be submitted*

and

Donald W. Davis, Jr. (0030559)
Stephen Colecchi (0006838)
Adam D. Fuller (0076431)
Elizabeth Shively Boatwright (0081264)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, OH 44308
(330) 253-5060 (phone)
dwdavis@bmdllc.com
adfuller@bmdllc.com
esboatwright@bmdllc.com

and

Lee E. Plakas (0008628)
Joshua E. O'Farrell (0087061)
Lauren A. Gribble (0093627)
TZANGAS | PLAKAS | MANNOS | LTD
220 Market Avenue South, 8th Floor
Canton, OH 44702
(330) 455-6112 (phone); (330) 455-2108 (fax)
lplakas@lawlion.com
jofarrell@lawlion.com
lgribble@lawlion.com

*Counsel for Plaintiff*